IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICENTE MONTALVO-RODRIGUEZ,<br><br>Defendant. | 8:18CR35<br><br>INDICTMENT<br><br>18 U.S.C. § 2242(2)(B)<br>18 U.S.C. § 2243(a)<br>18 U.S.C. § 2244(a)(3)<br>18 U.S.C. § 1152 |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 FEB 22 AM 11:48
OFFICE OF THE CLERK

The Grand Jury charges that

### COUNT I

In on or about the year 2015, within the boundaries of the Santee Sioux Nation Indian Reservation in the District of Nebraska, the defendant, VICENTE MONTALVO-RODRIGUEZ, a non-Native American male, did knowingly cause, or attempt to cause, A.H., a Native American female, to engage in a sexual act, to wit, contact between the penis and the vulva, with A.H., who was, as the defendant well knew, at that time physically incapable of declining participation in, or communicating unwillingness to engage in the aforementioned sexual act.

In violation of Title 18, United States Code, Section 2242(2)(B) and 1152.

### COUNT II

In on or about the year 2015, within the boundaries of the Santee Sioux Nation Indian Reservation in the District of Nebraska, the defendant, VICENTE MONTALVO-RODRIGUEZ, a non-Native American male, did knowingly engage, or attempt to engage, in a sexual act with A.H., a Native American female, who had attained the age of twelve (12) years but who had not attained the age of sixteen (16) years, and who was at least four (4) years younger than the defendant, VICENTE MONTALVO-RODRIGUEZ, in that VICENTE MONTALVO-

1

RODRIGUEZ engaged, or attempted to engage, in contact between the penis and the vulva, however slight, of A.H.

In violation of Title 18, United States Code, Section 2243(a) and 1152.

## COUNT III

In on or about the year 2015, within the boundaries of the Santee Sioux Nation Indian Reservation in the District of Nebraska, the defendant, VICENTE MONTALVO-RODRIGUEZ, a non-Native American male, did knowingly engage in sexual contact and cause sexual contact, to wit: the intentional touching, either directly or through the clothing, of the genitalia, groin, inner thigh, or buttocks of A.H., a Native American female who had attained the age of twelve (12) years but had not attained the age of sixteen (16) years, and was at least four (4) years younger than the defendant, VICENTE MONTALVO-RODRIGUEZ.

In violation of Title 18, United States Code, Section 2244(a)(3) and 1152.

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia E. Wright*
LECIA E. WRIGHT, NE# 24562
Assistant U.S. Attorney

2